PROB 12C
(6/16)

Report Date: July 17, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Roberto Zaragoza | Case Number: 0980 1:22CR02022-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Yakima, Washington 98902 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 30, 2023

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, in violation of 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 553 days<br>TSR - 48 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Murphy |
| | Date Supervision Commenced: August 30, 2023 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: August 29, 2026 |

### PETITIONING THE COURT

To incorporate the alleged violations with the violation previously reported to the Court on July 2, 2025.

On August 31, 2023, a probation officer reviewed Mr. Zaragoza's judgment with him. Mr. Zaragoza signed the judgment and acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).<br><br>**Supporting Evidence:**  Mr. Zaragoza is alleged to have violated his conditions of supervised release by being in possession of a firearm on July 1, 2024.<br><br>Refer to narrative found in Violation #3. |
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Zaragoza is alleged to have violated his conditions of supervised release by being charged with Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8) on or about  July 1, 2024. |

Prob12C
**Re: Zaragoza, Roberto**
**July 17, 2025**
**Page 2**

According to the indictment for 1:25-CR-2090-SAB, on July 1, 2024, Mr. Zaragoza, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding 1 year, did knowingly possess in and affecting commerce, a firearm, to wit: a Springfield Armory .45 Caliber Micro Compact pistol bearing serial number LW445922.

The U.S. Probation Office respectfully recommends the Court incorporates the alleged violations with the violation previously reported to the Court on July 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 17, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/17/2025
Date